```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   JUAN D. WALKER (CSBN 208008)
4  Special Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     Facsimile:  (415) 436-6748
7    Email: juan.walker@usdoj.gov

8  Attorneys for UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, CHING CHEN LEE, UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. C 10-00658 PVT<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CHING CHEN LEE AND UNITED STATES POSTAL SERVICE WITH PREJUDICE AND SUBSTITUTION OF THE UNITED STATES OF AMERICA PURSUANT TO THE FEDERAL TORT CLAIMS ACT |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. This is a negligence action arising out of a motor vehicle accident that occurred on or about August 9, 2007.

2. Plaintiffs filed this action naming as defendants the UNITED STATES POSTAL SERVICE, CHING CHEN LEE, UNITED STATES OF AMERICA, and Does 1 through 10, inclusive.

3. The court has subject matter jurisdiction under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680 ("FTCA"), a limited waiver of sovereign immunity making the

STIPULATION AND [PROPOSED] ORDER
Case No. 10-00658 PVT                              1

United States liable for money damages for personal injuries in limited circumstances. In order for there to be liability against the United States, the injury must be caused by the negligent or wrongful acts or omissions of a federal employee acting within the scope of employment where the United States, if a private individual, would be liable according to law the place where the accident occurred.

4. Plaintiffs allege in this action that defendant CHING CHEN LEE was at the time of the events alleged in the complaint acting within the scope of his federal employment with the UNITED STATES POSTAL SERVICE.

5. The FTCA provides an exclusive remedy for plaintiffs, if there is any at all, and by its provisions the FTCA limits the plaintiffs to an action against the United States of America, not the agency, the individually named federal employee or Doe defendants. *See*, 28 U.S.C. § 2679(b)(1).

6. An agency cannot be sued under the FTCA, "the authority of any federal agency to sue and be sued in its own name shall not be construed to authorize suits against such federal agency on claims which are cognizable under section 1346 (b) of this title, and the remedies provided by this title in such cases shall be exclusive." 28. U.S.C. § 1346(a).

7. Pursuant to the FTCA, the United States shall be substituted for the individually named federal defendant when the individual was acting within the scope of his federal employment at the time of the events alleged in the complaint. *See*, 28. U.S.C. §§ 1346(b)(1); 2679(b)(1), (c), (d).

8. As a result of the foregoing, the parties hereby stipulate and agree that (1) the UNITED STATES OF AMERICA shall be substituted into the action in place of defendants CHING CHEN LEE and the UNITED STATES POSTAL SERVICE; and (2) defendants CHING CHEN LEE and the UNITED STATES POSTAL SERVICE shall be dismissed with prejudice from the action.

///
///
///

9. The caption shall be changed to SCOTT HENRY and NANCY ZIMMERMAN, Plaintiffs, v. UNITED STATES OF AMERICA and DOES 1 through 10, inclusive, Defendants. The parties request that the Court enter the attached Order.

**SO STIPULATED.**

Dated: MAY 25, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
Juan D. Walker, Special Assistant United States Attorney
Attorneys for Defendants UNITED STATES POSTAL SERVICE, CHING CHEN LEE AND UNITED STATES OF AMERICA

Dated: MAY 25, 2010

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

/s/
DAVID J. STOCK
Attorneys for Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: 5/26/10

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE