| | |
|---|---|
| 1 | DAVID J. STOCK (CSBN 85655) |
|  | SUJATA T. REUTER (CSBN 232148) |
| 2 | **RANKIN, LANDSNESS, LAHDE,** |
|  | **SERVERIAN & STOCK** |
| 3 | 96 No. Third Street, Suite 500 |
|  | San Jose, California  95112 |
| 4 | Telephone : (408) 293-0463 |
|  | Facsimile : (408) 293-9514 |
| 5 | E-mail: dstock@rllss.com |
|  | E-mail: sreuter@rllss.com |
| 6 | |
|  | Attorneys for Plaintiffs |
| 7 | SCOTT HENRY and NANCY ZIMMERMAN |
| 8 | JUAN D. WALKER (CSBN 208008) |
|  | Special Assistant United States Attorney |
| 9 | 450 Golden Gate Avenue, Box 36055 |
|  | San Francisco, California 94102 |
| 10 | Telephone: (415)436-6915 |
|  | Facsimile: (415)436-6748 |
| 11 | Email: juan.walker@usdoj.gov |
| 12 | Attorneys for Defendant |
|  | UNITED STATES OF AMERICA |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN, | ) | Case No.  C 10-00658 PVT |
|  | ) | |
|  | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| Plaintiffs, | ) | TO CONTINUE DEADLINE FOR |
|  | ) | COMPLETION OF ALTERNATIVE |
| vs. | ) | DISPUTE RESOLUTION |
|  | ) | |
| UNITED STATES OF AMERICA, and | ) | (ADR LR 6-5; Civil LR 7-12) |
| DOES 1 through 10, inclusive, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN ("Plaintiffs"), and Defendant UNITED STATES OF AMERICA ("Defendant"), by and through their respective counsel of record, do hereby stipulate as follows:

1.     1.    The date originally set by the Court for completion of ADR in the above-captioned matter was August 5, 2010;

2.    Plaintiffs and Defendant are in agreement that significant discovery and investigation must be completed prior to undertaking a meaningful mediation;

3.    Plaintiffs and Defendant are in agreement that such discovery and investigation cannot be completed prior to the current ADR completion deadline, and will require several more months to complete;

4.    John Skelton of Litigation Solutions Law Group has been assigned as the mediator in this matter. The telephone conference prescribed by ADR LR 6-6 was completed on June 15, 2010. During the telephone conference, Mr. Skelton suggested that the parties request additional time to complete ADR, because settlement is more likely to occur in a case in which investigation and discovery have been substantially completed, and particularly so in a case such as the instant matter. The parties and Mr. Skelton have agreed upon a mediation date of November 16, 2010;

5.    Plaintiffs and Defendant are in agreement that the discovery and investigation necessary for a meaningful mediation will be substantially completed by November 16, 2010;

6.    Plaintiffs and Defendant therefore request an Order from the Court continuing the deadline for completion of ADR from August 5, 2010 to November 30, 2010.

SO STIPULATED:

Date: June 21 2010    By: _____
DAVID J. STOCK
Attorney for Plaintiffs

Date: June __ 2010    By: _____
JUAN D. WALKER
Attorney for Defendant

///

///

1 **<u>ORDER</u>**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for completion of
3 ADR is continued to November 30, 2010.

4

5 Date: June 22, 2010

  *[signature: Patricia V. Trumbull]*

6 MAG. JUDGE OF THE UNITED STATES DISTRICT COURT