DAVID J. STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

MELINDA L. HAAG (132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 10-00658 PVT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEADLINE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION**<br><br>(ADR LR 6-5; Civil LR 7-12) |

Case No. C 10-00658 PVT                                     1
STIPULATION & ORDER RE: CONTINUING DEADLINE FOR ADR

## STIPULATION

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN ("Plaintiffs"), and Defendant UNITED STATES OF AMERICA ("Defendant"), by and through their respective counsel of record, do hereby stipulate as follows:

1. The date originally set by the Court for completion of ADR in the above-captioned matter was August 5, 2010;

2. The Court has previously granted the parties an extension of the ADR completion deadline to November 30, 2010, because a significant amount of discovery and investigation was required prior to undertaking a meaningful mediation.

3. Several depositions have been completed and the parties have begun analysis of Plaintiff's medical history which is extremely complicated and is approximately 30+ years long. But, the Parties have not been able to complete the required discovery prior to the mediation date of November 16, 2010.

4. John Skelton of Litigation Solutions Law Group has been assigned as the mediator in this matter. The telephone conference prescribed by ADR LR 6-6 was completed on June 15, 2010. Mr. Skelton and the parties have provisionally agreed upon a new mediation date of January 7, 2011, pending receipt of permission from the Court.

5. Plaintiffs and Defendant therefore request an Order from the Court continuing the deadline for completion of ADR from November 30, 2010, to January 31, 2011.

SO STIPULATED:

Date: November 8, 2010    By: _____
                              for DAVID J. STOCK
                              Attorney for Plaintiffs

Dated: November 8, 2010   MELINDA L. HAAG, United States Attorney

                          By: _____
                          Juan D. Walker, Special Assistant United States Attorney
                          Attorneys for Defendant UNITED STATES OF AMERICA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for completion of ADR is continued to January 31, 2011.

Date: 11/9/10

*Patricia V. Trumbull*

MAG. JUDGE OF THE UNITED STATES DISTRICT COURT

---

Case No. C 10-00658 PVT
STIPULATION & ORDER RE: CONTINUING DEADLINE FOR ADR