DAVID J. STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

MELINDA L. HAAG (132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  C 10-00658 PVT <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE, AS MODIFIED BY THE COURT** <br><br> (Civil Local Rules 16-2e, 7-12) |

## STIPULATION

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN ("Plaintiffs"), and Defendant UNITED STATES OF AMERICA ("Defendant"), by and through their respective counsel of record, do hereby stipulate as follows:

1. A case management conference is currently set for November 30, 2010, which date was originally scheduled to coincide with the deadline for completion of ADR.
2. The Court recently issued an order continuing the deadline for completion of ADR in the above-captioned matter to January 31, 2011. A mediation is scheduled for January 7, 2011.
3. The parties request that the case management conference be continued to January 31, 2011, in order to coincide with the new ADR completion deadline.

SO STIPULATED:

Dated: November 16, 2010          By:_____/s/_____
                                  DAVID J. STOCK
                                  Attorney for Plaintiffs

Dated: November 16, 2010          MELINDA L. HAAG, United States Attorney

                                  By:_____/s/_____
                                  Juan D. Walker, Special Assistant United States
                                  Attorney, Attorneys for Defendant UNITED STATES
                                  OF AMERICA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference currently scheduled for November 30, 2010, is hereby continued to 2:00 p.m. on February 1, 2011.

Date: _____11/17/10_____        _____Patricia V. Trumbull_____
                                  MAGISTRATE JUDGE