MELINDA L. HAAG (132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile:  (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for UNITED STATES OF AMERICA


RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK
DAVID STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  C 10-00658 PSG<br><br>**STIPULATION AND ORDER CONTINUING ADR COMPLETION AND CASE MANAGEMENT CONFERENCE DATES** |

STIPULATION AND ORDER CONTINUING
ADR COMPLETION AND CMC DATES
Case No. 10-00658 PSG                                      1

Defendant UNITED STATES OF AMERICA ("Defendant") and Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN ("Plaintiffs") by and through their respective counsel of record, do hereby stipulate as follows:

1. The date originally set by the Court for completion of ADR in the above-captioned matter was August 5, 2010.

2. The Court has previously granted the parties two extensions of the ADR completion deadline to January 31, 2011, because a significant amount of discovery and investigation was required prior to undertaking a meaningful mediation.

3. The parties have completed the depositions of the principal fact witnesses including the driver of the government vehicle involved in the incident, the police officer witness, the investigating officer, and most recently, the Plaintiffs. In addition, the parties have completed a round of written discovery and obtained more than 30 years of records involving the Plaintiff's complicated medical history.

4. The parties expect that the matter will be settled at mediation if they have sufficient time to analyze the evidence and prepare their positions. However, the parties do not believe they will be able to properly prepare for the mediation prior to the current mediation completion date of January 31, 2011.

5. John Skelton of Litigation Solutions Law Group has been assigned as the mediator in this matter. Mr. Skelton and the parties have provisionally agreed upon a new mediation date of February 24, 2011, pending receipt of permission from the Court.

//
//
//
//
//
//

6. Plaintiffs and Defendant therefore request an Order from the Court continuing the deadline for completion of ADR from January 31, 2011 to March 15, 2011, and continuing the Case Management Conference which is currently scheduled for February 1, 2011 to March 15, 2011.

Dated: January 18, 2011           MELINDA L. HAAG
                                  United States Attorney

                                  _____/s/_____
                                  Juan D. Walker, Special Assistant United States Attorney
                                  Attorneys for Defendant UNITED STATES OF AMERICA

Dated: January 18, 2011           RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

                                  _____/s/_____
                                  DAVID J. STOCK
                                  Attorneys for Plaintiffs SCOTT HENRY and
                                  NANCY ZIMMERMAN

**ORDER**

**IT IS SO ORDERED.**

Dated: January 20, 2011           _____
                                  PAUL S. GREWAL
                                  UNITED STATES MAGISTRATE JUDGE