
DAVID J. STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile:  (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 10-00658 PSG<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>[PROPOSED] **ORDER CONTINUING TRIAL DATE** |

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN, and Defendant UNITED STATES OF AMERICA, by and through their counsel of record, hereby stipulate as follows:

1. This action was filed on February 16, 2010;
2. The trial date is currently set for November 21, 2011. There has been no prior continuance of the trial date;
3. This action is for personal injuries arising from a collision between Plaintiff's vehicle and a United States Postal Service vehicle;
4. Plaintiff has complained of, among other things, injuries to his back resulting from the accident;
5. On September 14, 2011, at Watsonville Community Hospital, Plaintiff Scott Henry underwent surgery on his back. Specifically, he had L4-L5 disc fusion and a cage was implanted at the same level;
6. Due to the following factors, the parties request a continuance of the trial date:
   a. The serious nature of the surgery;
   b. The lengthy recovery time period;
   c. Plaintiff's anticipated inability to be present and participate at the upcoming trial;
   d. The need for additional discovery because Plaintiff claims this recent back surgery is related to the motor vehicle accident upon which the action is based;
   e. The need for Plaintiff's condition to stabilize in order to determine prognosis and more accurately assess the extent to which, if at all, this recent surgery is related to the motor vehicle accident, and what effect it may have on the assessment of damages.
7. The parties request that the trial be continued to February 6, 2012. The parties believe that the case will be ready for trial by that time.

Respectfully submitted,

RANKIN LANDSNESS LAHDE
SERVERIAN & STOCK

Dated: September 19, 2011         By: ___/S/___
                                       David J. Stock
                                       Attorney for Plaintiffs
                                       HENRY & ZIMMERMAN

|   |   |   |
|---|---|---|
| 1 |  | MELINDA L. HAAG |
| 2 |  | UNITED STATES ATTORNEY |

Dated: September 19, 2011        By:   /S/
                                            Juan D. Walker, Assistant U.S. Attorney
                                            Attorneys for Defendant
                                            UNITED STATES OF AMERICA

## [PROPOSED] ORDER CONTINUING TRIAL DATE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Fact discovery cutoff: December 26, 2011
2. Designation of Opening Experts with Reports: January 2, 2012
3. Designation of Rebuttal Experts with Reports: January 9, 2012
4. Expert Discovery Cutoff: January 16, 2012
5. Deadline(s) for Filing Discovery Motions: see Civil Local Rule 37-3
6. Last Day for Dispositive Motion Hearing: 10:00am on January 17, 2012
7. Final Pretrial Conference: 2:00pm on January 24, 2012
8. Trial: 9:30am on February 6, 2012

It is further ordered that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec 2010), a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

DATED: 9/23/2011                           _____
                                            PAUL S. GREWAL
                                            United States Magistrate Judge