1  DAVID J. STOCK (CSBN 85655)
   SUJATA T. REUTER (CSBN 232148)
2  **RANKIN, LANDSNESS, LAHDE,**
   **SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California 95112
4  Telephone : (408) 293-0463
   Facsimile : (408) 293-9514
5  E-mail: dstock@rllss.com
   E-mail: sreuter@rllss.com
6
   Attorneys for Plaintiffs
7  SCOTT HENRY and NANCY ZIMMERMAN

8  MELINDA L. HAAG (CSBN 132612)
   United States Attorney
9  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
10 Chief, Civil Division
   JUAN D. WALKER (CSBN 208008)
11 Assistant United States Attorney

12   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
13   Telephone: (415) 436-6915
     Facsimile:  (415) 436-6748
14   Email: juan.walker@usdoj.gov

15 Attorneys for UNITED STATES OF AMERICA

16
17                    IN THE UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
19

20
   SCOTT HENRY and NANCY            )  Case No. C 10-00658 PSG
21 ZIMMERMAN,                       )
                                    )  **STIPULATION TO CONTINUE TRIAL**
22            Plaintiffs,           )  **DATE**
                                    )
23 vs.                              )  [PROPOSED] **ORDER CONTINUING**
                                    )  **TRIAL DATE**
24 UNITED STATES OF AMERICA, and    )
   DOES 1 through 10, inclusive,    )
25                                  )
              Defendants.           )
26 _____  )

27    Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN, and Defendant UNITED STATES

28 OF AMERICA, by and through their counsel of record, hereby stipulate as follows:

1. This action was filed on February 16, 2010;
2. The trial date is currently set for November 21, 2011. There has been no prior continuance of the trial date;
3. This action is for personal injuries arising from a collision between Plaintiff's vehicle and a United States Postal Service vehicle;
4. Plaintiff has complained of, among other things, injuries to his back resulting from the accident;
5. On September 14, 2011, at Watsonville Community Hospital, Plaintiff Scott Henry underwent surgery on his back. Specifically, he had L4-L5 disc fusion and a cage was implanted at the same level;
6. Due to the following factors, the parties request a continuance of the trial date:
   a. The serious nature of the surgery;
   b. The lengthy recovery time period;
   c. Plaintiff's anticipated inability to be present and participate at the upcoming trial;
   d. The need for additional discovery because Plaintiff claims this recent back surgery is related to the motor vehicle accident upon which the action is based;
   e. The need for Plaintiff's condition to stabilize in order to determine prognosis and more accurately assess the extent to which, if at all, this recent surgery is related to the motor vehicle accident, and what effect it may have on the assessment of damages.
7. The parties request that the trial be continued to February 6, 2012. The parties believe that the case will be ready for trial by that time.

Respectfully submitted,

RANKIN LANDSNESS LAHDE
SERVERIAN & STOCK

Dated: September 19, 2011     By: ___/S/_____
                                  David J. Stock
                                  Attorney for Plaintiffs
                                  HENRY & ZIMMERMAN

|   |   |   |
|---|---|---|
| 1 |   | MELINDA L. HAAG |
| 2 |   | UNITED STATES ATTORNEY |

3  Dated: September 19, 2011           By: ___/S/_____
                                            Juan D. Walker, Assistant U.S. Attorney
4                                           Attorneys for Defendant
                                            UNITED STATES OF AMERICA

## [PROPOSED] ORDER CONTINUING TRIAL DATE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Fact discovery cutoff: December 26, 2011
2. Designation of Opening Experts with Reports: January 2, 2012
3. Designation of Rebuttal Experts with Reports: January 9, 2012
4. Expert Discovery Cutoff: January 16, 2012
5. Deadline(s) for Filing Discovery Motions: see Civil Local Rule 37-3
6. Last Day for Dispositive Motion Hearing: 10:00am on January 17, 2012
7. Final Pretrial Conference: 2:00pm on January 24, 2012
8. Trial: 9:30am on February 6, 2012

It is further ordered that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec 2010), a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Pretrail Statement, and all other pretrial submissions.

DATED: 9/23/2011                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge