DAVID J. STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
**RANKIN, LANDSNESS, LAHDE,
  SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  Facsimile:  (415) 436-6748
  Email: juan.walker@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

IT IS SO ORDERED AS MODIFIED.
Judge Paul S. Grewal

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>             Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  C 10-00658 PSG<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>**[PROPOSED] ORDER CONTINUING TRIAL DATE** |

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN, and Defendant UNITED STATES OF AMERICA, by and through their counsel of record, hereby stipulate as follows:

---

Case No. C 10-00658 PSG        STIPULATION TO CONTINUE TRIAL DATE & [PROPOSED] ORDER

1. This action was filed on February 16, 2010;

2. The trial date is currently set for February 6, 2012.  There has been one prior continuance of the trial date;

3. This action is for personal injuries arising from a collision between Plaintiff's vehicle and a United States Postal Service vehicle;

4. Plaintiff has complained of, among other things, injuries to his back resulting from the accident;

5. On September 14, 2011, at Watsonville Community Hospital, Plaintiff Scott Henry underwent surgery on his back.  Specifically, he had L4-L5 disc fusion and a cage was implanted at the same level.  Plaintiff's treating physician has very recently (only last week) opined that the surgery is related to the subject motor vehicle accident;

6. Due to the following factors, the parties request a continuance of the trial date:

    a. The serious nature of the surgery;

    b. The lengthy recovery time period;

    c. Plaintiff's possible inability to be present and participate at the upcoming trial;

    d. The need for additional discovery, including additional expert discovery, to assess the accuracy of the treating physician's opinion, to wit, the extent to which, if at all, the surgery is in fact related to the motor vehicle accident;

    e. The need for Plaintiff's condition to stabilize in order to determine prognosis, confirm causation, and more accurately assess what effect it may have on damages.

7. The parties request that the trial be continued to March 12, 2012.  The parties believe that the case will be ready for trial by that time.

Respectfully submitted,

                                        RANKIN LANDSNESS LAHDE
                                        SERVERIAN & STOCK

Dated: December 22, 2011        By:    /S/
                                                    David J. Stock
                                                    Attorney for Plaintiffs
                                                    HENRY & ZIMMERMAN

|  |  |
|---|---|
|  | MELINDA L. HAAG<br>UNITED STATES ATTORNEY |
| Dated: December 22, 2011 | By: ___/S/_____<br>Juan D. Walker, Assistant U.S. Attorney<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

# [PROPOSED] ORDER CONTINUING TRIAL DATE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Fact discovery cutoff: February 6, 2012

2. Designation of Opening Experts with Reports: February 13, 2012

3. Designation of Rebuttal Experts with Reports: February 20, 2012

4. Expert Discovery Cutoff: February 27, 2012

5. Deadline(s) for Filing Discovery Motions: see Civil Local Rule 37-3

6. Last Day for Dispositive Motion Hearing: 10:00am on February 28, 2012

7. Final Pretrial Conference: 2:00pm on March **6**, 2012

8. Trial: 9:30am on March 12, 2012

It is further ordered that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec 2010), a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Pretrail Statement, and all other pretrial submissions.  **No further continuances of the trial date will be granted.**

DATED: December 28, 2011                                   _____
                                                                                    PAUL S. GREWAL
                                                                                    United States Magistrate Judge