DAVID J. STOCK (CSBN 85655)
SUJATA T. REUTER (CSBN 232148)
**RANKIN, LANDSNESS, LAHDE,
    SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
E-mail: dstock@rllss.com
E-mail: sreuter@rllss.com

Attorneys for Plaintiffs
SCOTT HENRY and NANCY ZIMMERMAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HENRY and NANCY ZIMMERMAN,<br><br>           Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  C 10-00658 PSG<br><br>**STIPULATION AND ORDER TO EXTEND FILING AND SERVICE DEADLINES FOR PRE-TRIAL DOCUMENTS** |

Plaintiffs SCOTT HENRY and NANCY ZIMMERMAN, and Defendant UNITED STATES OF AMERICA, by and through their counsel of record, hereby stipulate as follows:

1. The trial date in this matter is June 4, 2012.

2. The Pre-trial conference is scheduled to take place on May 29, 2012.

3. As per Judge Grewal's Standing Order, pre-trial documents – including motions in limine, trial brief and joint pre-trial conference statement – are currently due to be filed and served on Monday, May 14, 2012.

4. In compliance with the Stipulation and Order dated February 8, 2012, the parties are returning to mediation with mediator John Skelton on Wednesday, May 16, 2012.

5. Counsel for both parties are reasonably optimistic that the matter will settle at the May 16th mediation.

6. In order to conserve resources in anticipation of mediation, and also to increase the likelihood of resolution, the parties request that this Court extend the deadline for the filing and service of pretrial documents to Friday, May 18, 2012.  The parties further request that this Court extend the deadline for the filing and service of responsive pretrial documents from Monday, May 21, 2012 to Wednesday May 23, 2012.

Respectfully submitted,

                                      RANKIN LANDSNESS LAHDE
                                      SERVERIAN & STOCK

Dated: May 10, 2012                  By: ____/S/_____
                                      David J. Stock
                                      Attorney for Plaintiffs
                                      HENRY & ZIMMERMAN


                                      MELINDA L. HAAG
                                      UNITED STATES ATTORNEY

Dated: May 10, 2012                  By:___/S/_____
                                      Juan D. Walker, Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      UNITED STATES OF AMERICA

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Pretrial documents are to be filed and served no later than Friday, May 18, 2012; and

2. Responsive documents are to be filed and served no later than Wednesday, May 23, 2012.

It is further ordered that the parties shall, in all other respects, comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec 2010), a copy of which is available from the Clerk of the Court.

DATED: ____Í ƉƑƊƇFG____                    _____
                                                        PAUL S. GREWAL
                                                        United States Magistrate Judge